# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2931 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 147 DB 2022 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 320478 |
| JASON R. CARPENTER, | : | |
| | : | |
| Respondent | : | (Dauphin County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of December, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Jason R. Carpenter is suspended on consent from the Bar of this Commonwealth for a period of eighteen months. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

    Justice Brobson did not participate in the consideration or decision of this matter.